UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Sherman A. Thompson, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
Lieutenant Shelton, Sergeant Wilford Fox, )
Sergeant Alperstein, Officer Nathan McMillian, ) 5:15-CT-3127-BR
Officer Anderson, Officer Antaius Gray, )
)
        Defendants. )
)

**Decision by Court and Jury.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for judgment as a matter of law is granted in part and denied in part. Defendant Lieutenant Shelton is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover nothing from defendants Keith Anderson, Antaius Gray, Nathan McMillan, Amy Alperstein and Wilford Fox. This action is dismissed

This judgment filed and entered on September 30, 2015, and served on:

Peter J. Sarda (via CM/ECF Notice of Electronic Filing)
Kimberly A. Grande (via CM/ECF Notice of Electronic Filing)

September 30, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk